IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAWN C. BROWN,

      Plaintiff,                             No. CIV S-06-2432 RRB DAD P

     vs.

STATE OF CALIFORNIA, et al.,

      Defendants.                 ORDER

_____/

      Plaintiff, a former state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On September 14, 2007, plaintiff filed a notice of change of address which indicates that plaintiff is no longer incarcerated. Therefore, the court will order plaintiff to file a new in forma pauperis affidavit or to pay the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a).

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in the dismissal of this action; and

/////

1       2. The Clerk of the Court is directed to send plaintiff a new Application to
2 Proceed In Forma Pauperis By a Non-Prisoner.
3 DATED: October 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:4
brow2432.ifp